

Office of the Mayor-President
Purchasing Division
City of Baton Rouge
Parish of East Baton Rouge
222 St. Louis St. 8th Floor Room 826
P.O. Box 1471
Baton Rouge, Louisiana 70821
225/389-3259    FAX 225/389-4841
purchasinginfo@brgov.com

Paul Narcisse
Director of Purchasing

November 16, 2023

**EMS Management and Consultants**
**Attn: Greg Carnes, Chief Executive Officer**
**2540 Empire Drive, Suite 100**
**Winston-Salem, NC 27103**

**RE: Termination of Contract # 800005254 – EMS Third-Party Billing Contract**

**Dear Mr. Carnes:**

This letter advises EMS Management and Consultants that our office, through Renee' Cashio, EMS Business Manager, reported contractual performances regarding patient billing. Attached is a copy of the written performance issues that have been reported. I have attached a copy of the RFP for your review.

Issues reported regarding contractual performance are:

1. Paid patient accounts (July 2016 to current) from the prior billing company have not been transferred.

2. Not verifying information in databases they were given access to.

3. Billing incorrect levels of service due to not verifying updated ePCRs in a timely manner.

4. No processes/systems were established with area hospitals to obtain billing and insurance information for patients transported to their facility by EBR-EMS. Therefore, causing claims not to be billed to insurance companies and a loss of revenue for EBR-EMS.

5. Lack of knowledge and judgment regarding EMS transport billing and ET3 billing (federal and state laws), causing the submission of inaccurate claims.

6. Not gathering missing data for patient billing by exhausting all research options.

7. Reviewing all claims before submission, causing unreasonable amounts of coding errors, levels of service billing errors, ICD coding errors, modifier errors, sending invoices to area residents, etc.

8. Unable to give quarterly feedback due to the lack of expertise of employees handling the EBR-EMS account.

9. Not submitting claims within 10 business days of the ePCR import date.

10. Did not establish a Deductible Management plan until August 2023. When asked about a Deductible Management plan, the Client Success Executive was unfamiliar with what a Deductible Management plan was.

11. Denied/rejected claims not being appealed.

12. Posting payments before confirming funds were deposited into EBR-EMS bank account, causing patient accounts to be paid when, in fact, they were not

13. Not giving full access to patient accounts to allow for compliance audits (pre-billed claims, submitted claims, denied claims)

14. No performance of quarterly internal audit by someone who doesn't regularly work on EBR-EMS account.

15. Not providing timely customer service to patients or EBR-EMS employees.

16. Not issuing medical records requests in the timeframe Louisiana Revised Statutes 40:1165.1 requires.

17. According to Louisiana Revised Statutes 40:1165.1 for medical record requests, not charging rates accordingly.

18. Not remitting 50% of medical records request charges to EBR-EMS.

19. Not providing EBR-EMS full access to their patient records that EMS_MC is responsible for handling.

20. Not providing access to EBR-EMS to run reports as needed, based on information needed.

21. Not having a process and/or procedure for emergencies (for example, lack of employees due to illness).

22. EBR-EMS does not know what employees are assigned to their account because of the lack of information on the software they are forced to use that isn't adequate for their system.

23. Unable to give EBR-EMS reports on deficiencies regarding EBR-EMS employees' documentation due to the numerous errors created by EMS_MC.

24. Reports not being provided by EMS_MC as stated in the RFP unless asked for rather than frequently sent as agreed to.

25. EBR-EMS does not receive daily emails regarding the ACR corrections needed. Instead, EBR-EMS employees must log in daily to EMSight to see if any corrections are needed.

East Baton Rouge Parish Emergency Medical Services relies on patient transport reimbursements to continue serving the parish with the highest expected emergency pre-hospital care that the citizens deserve. These citizens also pay a property tax to the Department of Emergency Medical Services; therefore, it is the department's due diligence to make sure all reimbursements available are being accessed appropriately and following all laws and regulations.

**Termination for Cause:** The City-Parish may terminate this agreement for caused based upon the failure of the Service Provider to comply with the terms and/or conditions of the agreement provided that written notice specifying the failure shall be given. Service Provider shall have thirty (30) days to correct such failure or, begin a good faith effort to correct the failure and thereafter proceed diligently to complete such correction. If such efforts are not made as defined herein, the City-Parish, may at its option, place the Service Provider in default and the agreement shall terminate on the date specified in such notice.

The Service Provider may exercise any rights available to it under Louisiana law to terminate for cause upon the failure of the City-Parish to comply with the terms and conditions of the agreement, provided that the Service Provider shall give the City-Parish written notice specifying the City-Parish's failure and a reasonable opportunity for the City-Parish to correct the failure In the event of contract termination, all relevant documents and work product shall be considered the property of the City-Parish and returned to the City-Parish.

EMS Management and Consultants are responsible for determining what actions need to be taken within their company to ensure all contracted services are being performed. Also, these services are being done accurately and timely based on the contract. Please respond by time and day with what steps (if any) will be taken to resolve all deficiencies noted.

Sincerely,

*Paul Narcisse*

**Paul Narcisse**
**Purchasing Director**
**City of Baton Rouge/Parish of East Baton Rouge**

CC: Kim Stanley, Chief Compliance Officer, EMS Management and Consultants
Renee' Cashio, EMS Business Manager, East Baton Rouge Parish Emergency Medical Services
Mike Denicola, EMS Administrator, East Baton Rouge Parish Emergency Medical Services
Mike Weileman, EMS Assistant Administrator, East Baton Rouge Parish Emergency Medical Services
Lisa Smith, Special Assistant Parish Attorney, Parish Attorney's Office