# EMS|MC

December 6, 2023

Paul Narcisse, Purchasing Director
City of Baton Rouge
Parish of East Baton Rouge
222 St. Louis Street, 8th Floor Room 826
PO Box 1471
Baton Rouge, LA  70821

RE:  Termination of Contract 80005254 – EMS Third-Party Billing Contract

Dear Mr. Narcisse,

On November 30, 2023, we received, via email, from Ms. Renee Cashio, your letter dated November 16, 2023, regarding the East Baton Rouge EMS Billing Professional Services Agreement. We value the relationship that we have built with EBREMS and appreciate the opportunity to provide a response to the outstanding issues. Unfortunately, with the constraints of the systems and processes EMS|MC utilizes in our billing operation, we will be unable to cure the list of items that you have provided in the corrective action.

Given our inability to cure the items listed, EMS|MC agrees to accept the 30-day termination notice provided by Ms. Cashio in conjunction with the email delivery. EMS|MC is prepared to process claims through dates of service December 31, 2023, and will conduct a 90-day wind-down period through March 31, 2024. EMS|MC agrees to transition the accounts at the end of the wind-down period to the new billing vendor. EMS|MC will be willing to negotiate this timeline with the City of Baton Rouge to ensure a smooth transition.

We will schedule a meeting with your team to discuss the wind down process. Please feel free to reach out to me if you have any questions.

Sincerely,

George Abatjoglou
President